AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
District of New Mexico

2017 SEP 26  AM 9: 17

CLERK-LAS CRUCES

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 17-mj-2552 |
| Carlos Ivan ROMERO-Dempwolff | ) | |
| AKA: Carlos ROMERO-Anguiano | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of <u>September 24, 2017</u> in the county of <u>Dona Ana</u> in the  State and  District of <u>New Mexico,</u> the defendant violated <u>8</u>  U.S.C. §<u>1326(a)(1),(2)(Re-Entry After Deport),</u> an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On September 24, 2017, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. When questioned as to his citizenship the Defendant admitted to being a citizen of Mexico without authorization to enter or remain in the United States.  Record checks revealed that the Defendant had been previously deported to Mexico via El Paso, Texas on or about December 20, 2001. There is no evidence that the Defendant received permission from the appropriate Authority to reapply for admission into the United States.

☐  Continued on the attached sheet.

_____
*Complainant's signature*

Charles Garcia  BORDER PATROL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

_____
*Judge's signature*

Date:  September 26, 2017

CARMEN E. GARZA
U.S. MAGISTRATE JUDGE
*Printed name and title*

City and state: Las Cruces, N.M.